**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**ANTONIO BROWN** **PLAINTIFF**

**v.** **Case No: 2:25-cv-00243-LPR**

**NATHAN CASTLE, Individually**
**and in his Official Capacity AND**
**CITY OF WEST MEMPHIS, ARKANSAS** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order entered today in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 18th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE